UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>PAUL AARON TEFFT, )<br>    A.K.A. "irishpipelayer1961," )<br>    Defendant. )<br>_____) | DOCKET NO. 2:08cr31<br><br>**BILL OF INDICTMENT**<br><br>Violation:<br>    18 U.S.C. § 2422(b) |

THE GRAND JURY CHARGES:

COUNT ONE

From on or about 15th day of August, 2008, through to on or about the 8th day of September, 2008, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

PAUL AARON TEFFT

did knowingly attempt to persuade, induce, entice, and coerce an individual whom he believed to not yet have attained the age of 18 years, to engage in any sexual activity for which a person could be charged with criminal offenses, those crimes being taking indecent liberties with a child in violation of N.C.G.S. § 14-202.1, statutory rape of a person who is 13, 14, or 15 years old in violation of N.C.G.S. § 14-27.7A, statutory sexual offense against a person who is 13, 14, or 15 years old in violation of N.C.G.S. § 14-27.7A, and crime against nature in violation of N.C.G.S.

14-177, and in so doing used a facility and means of interstate and foreign commerce, that being the use of a computer via the Internet, all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

On a date unknown to the Grand Jury, but occurring between on or about June 1, 2008, and on or about September 8, 2008, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

### PAUL AARON TEFFT

did knowingly receive a visual depiction that had been shipped and transported in interstate and foreign commerce by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, said depictions being of such conduct, that images being a digital file entitled, "T-516423684-NEW!!! Niece Visits[hussyfan_PTHC].mpg," in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE

On a date unknown to the Grand Jury, but occurring between on or about June 1, 2008, and on or about September 8, 2008, in Cherokee County, within the Western District of North Carolina, and elsewhere, the defendant

### PAUL AARON TEFFT

did knowingly possess a computer hard drive which contained visual depictions that had been

shipped and transported in interstate and foreign commerce, and which had been produced using materials which have been shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of said visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and the visual depictions being of such conduct, all in violation of Title 18, United States Code Sections 2252(a)(4).

A TRUE BILL



GRAND JURY FOREMAN

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

DON GAST
ASSISTANT UNITED STATES ATTORNEY