UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 2:08CR31 |
| V. ) | |
| ) | PETITION FOR WRIT OF HABEAS |
| PAUL AARON TEFFT ) | CORPUS AD PROSEQUENDUM |
| WM; DOB: 9/27/61 ) | |

TO: Dennis L. Howell
United States Magistrate Judge
Western District of North Carolina

NOW COMES Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, and respectfully shows unto the Court:

1. That a case entitled above is now pending in this Court.

2. That the said defendant is now confined at the Cherokee County Jail, Murphy, North Carolina, in the custody of North Carolina.

3. That this Honorable Court has set the time for initial appearance forthwith before the U. S. Magistrate on _____, 2008 at _____ a.m./p.m. in Asheville, North Carolina.

WHEREFORE, the United States prays that a Writ of Habeas Corpus Ad Prosequendum be issued from this court to the Director, Bureau of Prisons, Washington, D.C., and the United States Marshal for the Western District of North Carolina, to bring the said PAUL AARON TEFFT before this Court for initial appearance and thereafter to be returned to Cherokee County Jail, Murphy, North Carolina.

This the 22nd day of October, 2008.

/S/DON GAST
ASSISTANT UNITED STATES ATTORNEY
State Bar No. 23801
100 Otis Street, Room 233
Asheville, North Carolina 28801
Telephone: (828)271-4661
Facsimile: (828)271-4670
Email: don.gast@usdoj.gov