UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 2:08CR31 |
| vs. | **NOTICE OF INTENT TO OFFER RULE 404(b) EVIDENCE** |
| PAUL AARON TEFFT,<br>        Defendant. | |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, to notify the Defendant, pursuant to Rule 404(b) of the Federal Rules of Evidence, of the Government's intent to introduce any and all evidence contained in the open file discovery of other crimes, wrongs, or acts committed by the Defendant admissible under the Rule to prove motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, or any other purpose supported by case law.

Evidence of other crimes, wrongs or acts is admissible under Rule 404(b) if offered to establish motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident. This Rule is one of inclusion, not exclusion, and all relevant evidence is admissible unless its *sole* probative value is to show the criminal predisposition of the accused. *United States v. Huddleston*, 485 U.S. 681, 688(1988); *Morgan v. Foretich*, 846 F.2d 941 (4th Cir. 1988); *United States v. Masters*, 622 F.2d 83 (4th Cir. 1980).

Specific evidence that the Government contends may be admissible under this Rule may include (but is not necessarily limited to) the following:

      1.    Evidence concerning Defendant's prior contacts with another allegedly 14 year old female from Wisconsin of an allegedly sexual nature. The North Carolina State Bureau of Investigation issued a cyber tip concerning these

activities on or about July 1, 2008.

Pursuant to the Government's open file discovery policy, any additional evidence admissible under Rule 404(b) that comes to light shall be made available to the Defendant as soon as it comes available.

RESPECTFULLY SUBMITTED, this the 15th day of January, 2009.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY


/s Don Gast

_____
DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov

## **CERTIFICATE OF SERVICE**

The foregoing document was filed electronically via ECF and was served on counsel for the Defendant via ECF. The email address for defense counsel is listed in ECF as follows:

  Jason R. Hayes    jasonrhayes@mchsi.com

This the 15th day of January, 2009.


GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY


/s Don Gast

DON GAST
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 23801
100 Otis Street, Suite 233
Asheville, NC 28801
Telephone: (828) 271-4661
Facsimile: (828) 271-4670
Don.Gast@usdoj.gov