IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:08CR31

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | DEFENDANT'S MOTION TO CONTINUE |
| ) | |
| PAUL AARON TEFFT, ) | |
| Defendant. | |

_____

    Now comes Defendant PAUL AARON TEFFT, by and through undersigned counsel, and hereby respectfully moves this Court for an Order continuing the sentencing hearing, which has been scheduled to begin July 22, 2009 at 9:30 a.m. in Bryson City, North Carolina to a later date due to the following reason:

    1. Undersigned counsel has a conflict with the currently scheduled hearing time as he is scheduled to begin a jury trial in Henderson County Superior Court on July 20, 2009. It is expected that the trial will last the duration of the week of July 20th.

    WHEREFORE, based upon the foregoing request, Defendant PAUL AARON TEFFT respectfully requests an order continuing this case for the reasons set forth hereinabove.

    Respectfully submitted;

    This the 13th day of July, 2009.

                                                                s/ Jason R. Hayes
                                                                NC Bar Number 27880
                                                                 Attorney for Defendant
                                                                 140 Third Avenue East
                                                                 PO Box 157
                                                                 Hendersonville, NC 28793
                                                                 Phone: 828-693-5824
                                                                 Fax: 828-693-5825
                                                                 E-mail: jasonrhayes@mchsi.com

CERTIFICATE OF SERVICE

       I hereby certify that on July 13, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such file to the following:

Don Gast Don.Gast@usdoj.gov, Shelly.Flynn@usdoj.gov
Timothy Woo Tim_Woo@ncwp.uscourts.gov
David Andrew Thorneloe david.thorneloe@usdoj.gov

                                                    s/Jason R. Hayes
                                                    Attorney for Defendant
                                                    NC Bar No. 27880
                                                    P.O. Box 157
                                                    140 Third Avenue East
                                                    Hendersonville, NC 28793
                                                    Phone: (828) 693-5824
                                                    Fax: (828) 693-5825
                                                    e-mail: jasonrhayes@mchsi.com