10/24/2008

Received from Cherokee County Jail and placed in federal custody.


PATRICK C. SMITH
United States Marshal

*Pamela A. Maguire*

By:  Pamela A. Maguire
Criminal Program Specialist

FILED
ASHEVILLE, N.C.

SEP 1 5 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.


07/27/2009

Cherokee County advises no pending state charges.


PATRICK C. SMITH
United States Marshal

*Pamela A. Maguire*

By:  Pamela A. Maguire
Criminal Program Specialist

FILED
ASHEVILLE, N.C.

OCT 2 3 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA ) DOCKET NO. 2:08CR31
)
V. )
) WRIT OF HABEAS CORPUS
PAUL AARON TEFFT ) AD PROSEQUENDUM
WM; DOB: 9/27/61 )

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:     The Director, Bureau of Prisons, Washington, D. C.

TO:     U. S. Marshal, Western District of North Carolina,
        Asheville, North Carolina

TO:     Cherokee County Jail,
        Murphy, North Carolina

RECEIVED
OCT 2 3 2008

GREETING:

IT IS ORDERED that you have the body of PAUL AARON TEFFT now detained in the

Cherokee County Jail, Murphy, North Carolina, under safe and secure conduct before the United

States District Court in and for the Western District of North Carolina, before the Court in

Asheville, North Carolina, forthwith before the U.S. Magistrate Judge Dennis L. Howell on

_11/4/08_ at _9:30_ (a.m.)/p.m. for initial appearance.

It is further ORDERED that immediately after the said case shall have been disposed of,

he/she be returned to the said Cherokee County Jail, Murphy, North Carolina, under safe and

secure conduct, and have you then and there this writ.

Witness the Honorable Dennis L. Howell, United States Magistrate Judge for the Western

District of North Carolina, and the Seal of this Court.