

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

**Date:** 2/7/2018
**To:** The Honorable Martin Reidinger
U.S. District Court Judge
**From:** Patrick Bradshaw
Sr. U.S. Probation Officer
**Subject:** Paul Aaron Tefft
Docket No. 0419 2:08CR00031
**NOTIFICATION OF DEATH**

---

Paul Aaron Tefft was sentenced in the Western District of North Carolina by Honorable Lacy H. Thornburg on 7/29/09 to 120 months imprisonment followed by 5 years Supervised Release. This memo is to inform you that Paul Tefft passed away on 1/19/2018. I am attaching a copy of the Death Certificate. We will be closing our supervision case file on the defendant due to his death.

Should you have any questions or concerns, please feel free to contact me at 828-267-3517.

Attachment

cc: Don Gast, Assistant U.S. Attorney
Frank G. Johns, Clerk of Court, Charlotte, NC
Scott Lunsford, Supervising U.S. Probation Officer

# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

**REGISTRATION DISTRICT NO.** 002-00
**LOCAL NO.**
**COUNTY OF DEATH:** Alexander
**STATE FILE NO.**

## DECEDENT

**1a. FIRST:** Paul
**1b. MIDDLE:** Aaron
**1c. LAST:** Tefft
**1d. SUFFIX:**
**1e. LAST NAME PRIOR TO FIRST MARRIAGE:**

**2. SEX:** M
**3a. AGE-LAST BIRTHDAY (Yrs):** 56
**3b. UNDER 1 YEAR:**
**3c. UNDER 1 DAY:**
**4. DATE OF BIRTH:** September 27, 1961
**5. BIRTHPLACE:** Cortland Co., NY
**6. DATE OF DEATH:** January 19, 2018

**PLACE OF DEATH:** ☒ Nursing home/Long term care facility
**7c. FACILITY NAME:** Valley Nursing Center
**7d. CITY OR TOWN:** Taylorsville
**7e. COUNTY OF DEATH:** Alexander

**8. MARITAL STATUS:** ☒ Divorced
**9. SURVIVING SPOUSE:**
**10a. DECEDENT'S USUAL OCCUPATION:** Cook
**10b. KIND OF BUSINESS/INDUSTRY:** Resturant

**11. SOCIAL SECURITY NUMBER:** 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
**12a. RESIDENCE–STATE:** NC
**12b. COUNTY:** Cherokee
**12c. CITY OR TOWN:** Murphy
**12d. STREET AND NUMBER:** 84 McGuirre Street
**12e. INSIDE CITY LIMITS:** ☒ No
**12f. ZIP CODE:** 28906
**13. WAS DECEDENT EVER IN U.S. ARMED FORCES?:** ☒ Yes

**14. DECEDENT'S EDUCATION:** ☒ High school graduate or GED completed
**15. DECEDENT OF HISPANIC ORIGIN?:** ☒ No, not Spanish/Hispanic/Latino
**16. DECEDENT'S RACE:** ☒ White

## PARENTS

**17. FATHER/PARENT NAME:** Marlin Edwin Tefft
**18. MOTHER/PARENT NAME:** Rose Anne Shaw

**19a. INFORMANT'S NAME:** Carleen Ayers
**19b. RELATIONSHIP TO DECEDENT:** Sister
**19c. MAILING ADDRESS:** 84 McGuirre Steet, Muryphy, NC 28906

## DISPOSITION

**20a. METHOD OF DISPOSITION:** ☒ Cremation
**20b. PLACE OF DISPOSITION:** Evans Crematory
**20c. LOCATION:** Lenoir, NC
**21a. SIGNATURE OF FUNERAL DIRECTOR:** [signature]
**21b. LICENSE NUMBER:** FD4174
**21c. NAME OF EMBALMER:** Not Embalmed
**22. NAME AND ADDRESS OF FUNERAL HOME:** Adams Funeral Home, LLC., PO Box 937, Taylorsville, NC 28681

## MEDICAL CERTIFICATION

**23. Part I. Chain of events:**
a. ALS

COPY

**24a. WAS AN AUTOPSY PERFORMED?:** ☒ No
**25. MANNER OF DEATH:** ☒ Natural
**26a. WAS CASE REFERRED TO MEDICAL EXAMINER?:** ☒ No
**28. DID TOBACCO USE CONTRIBUTE TO DEATH?:** ☒ No

## CERTIFIER

**32. CERTIFIER:** ☒ Certifying physician/nurse practitioner/physician assistant
**33a. SIGNATURE AND TITLE OF CERTIFIER:** [signature] MD
**33b. LICENSE NUMBER:** 33971
**33c. DATE SIGNED:** 1/23/2018
**33d. NAME AND ADDRESS OF CERTIFIER:** J. Steven Carter MD, 90 Southside Ave, Asheville NC

**34. FOR LOCAL REGISTRAR:** Emily Stafford, Deputy Registrar
**35. DATE FILED:** 1/23/2018

DHHS 1872 (REVISED 11/2017) N.C. VITAL RECORDS